# Court of Appeals
# of the State of Georgia

ATLANTA,   May 22, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0364. AMAH v PERRY.**

It appearing that appellant has filed a petition for relief under the United States Bankruptcy Code, further action in the above-styled case is STAYED by operation of law pursuant to 11 U. S. C. § 362.

It is therefore ordered, for the purpose of avoiding prejudice to the parties by operation of the two-term rule contained in Article VI, Section IX, Paragraph II of the Georgia Constitution of 1983, that this appeal is DISMISSED without prejudice, pending the resolution of appellant's bankruptcy proceeding or lifting of the stay. At such time, appellant shall be entitled to seek appellate relief by filing a notice of appeal within thirty (30) days of the entry of the final order from the Bankruptcy Court. See *Communs. Mktg. & Distrib. Servs. v. MCI WorldCom Telcomms. Corp.*, 257 Ga. App. 330 (571 SE2d 399) (2002).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/22/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, *Clerk.*